IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. | : : : | CIVIL ACTION No. 13-2172 |
| v. | : : : | |
| BERNARD SNYDER, et al. | : | |

## **ORDER**

AND NOW, this 6th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Bernard Snyder's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document 3) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED as to Count I, Plaintiffs' claim for a violation of the Pennsylvania Uniform Fraudulent Transfer Act, which is dismissed in its entirety.

- The Motion is GRANTED as to Count II insofar as Count II alleges the transfer of the Pennsylvania property at issue in the Complaint constituted a violation of the New Jersey Uniform Fraudulent Transfer Act (NJFTA).

- The Motion is DENIED as to Count II insofar as Count II alleges the transfer of the New Jersey property at issue in the Complaint constituted a violation of the NJFTA.

It is further ORDERED a teleconference shall be held on November 13, 2013, at 1:00 p.m. to address the status of Defendant Barrie Jean Snyder and to discuss the schedule in this case going forward. Plaintiffs shall initiate the call to chambers at 267-299-7780.

                                              BY THE COURT:

                                              /s/ Juan R. Sánchez
                                              Juan R. Sánchez, J.